UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Stanley R. Chesler

v.                          :    Crim. No. 04-876 (SRC)

DONNIE ALEXANDER GRAHAM     :    O R D E R

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Donnie Alexander Graham to comply with certain conditions of supervised release imposed on February 7, 2006; and the defendant having waived the preliminary hearing and having entered a guilty plea on November 12, 2008 to having violated Violation Number 1 of the Petition for Warrant or Summons for Offender Under Supervision ("Petition"), dated August 12, 2008, in that he used drugs on or about January 29, 2008, February 12, 2008, March 8, 2008, March 26, 2008, April 22, 2008, May 6, 2008; and for good cause shown;

IT IS on this 18th day of November, 2008,

ORDERED that the defendant is adjudged guilty of having violated Condition No. 1 of his supervised release, which required that he refrain from the illegal possession and/or use of drugs and submit to urinalysis or other forms of testing to ensure compliance; that he submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office; that he abide

by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office;

IT IS FURTHER ORDERED that Violation Nos. 2 and 3 of the Petition, are hereby dismissed;

IT IS FURTHER ORDERED that defendant shall participate in an in-patient drug treatment at Daytop Village Inc. for a period of 18 to 24 months;

IT IS FURTHER ORDERED that defendant shall remain in custody until transported to Daytop Village Inc.; and

IT IS FURTHER ORDERED that all other previously imposed conditions of supervised release hereby remain unchanged.

STANLEY R. CHESLER
United States District Judge